UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:13 CV 1078 RWS |
| ST. LOUIS TITLE, LLC, | ) ) | |
| Defendant. | ) ) | |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's unopposed motion to extend discovery and dispositive motions deadlines [#27] is **GRANTED**. The remaining deadlines are reset as follows:

(1) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **October 7, 2014**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **October 28, 2014**.

(2) Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **November 4, 2014**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **November 25, 2014**.

(3) The parties shall complete all discovery in this matter no later than **December 1, 2014**.

(4) Any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **December 23, 2014**. Opposition briefs shall be filed no later than **January 22, 2015** and any reply brief may be filed no later than **February 4, 2014**.

(5) The trial of this matter will be held on **May 11, 2015 at 9:00 a.m.** This is a three week docket.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of August, 2014.